JOHN GREEN, Appellant, v. EUGENE F. McDONALD, JR., Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS STRASSMAN and Others, Respondents, v. SHERIDAN-SHERMAN REALTY Co., INC., and Others, Defendants. ISIDORE SCHWARTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH KALLMAN and Others, Respondents, v. SHERIDAN-SHERMAN REALTY Co., INC., and Others, Defendants. ISIDORE SCHWARTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RACHEL I. BURT, Respondent, v. HARRIETT W. PETERS and Others, Defendants, Impleaded with L. M. BERKELEY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GOTHAM MUSIC SERVICE, INC., and MILLS MUSIC, INC., Respondents, v. DENTON & HASKINS MUSIC PUBLISHING Co., INC., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of CHARLES A. McGEE, Respondent, against WILLIAM SCHROEDER, JR., and LEONARD C. T. SMITH, as Commissioners of the Sanitary Commission, Department of Sanitation of the City of New York, and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DORA JAFFE, Respondent, v. MOE JAFFE, Appellant.— Order modified by reducing the amount of counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BETTY GELB, Respondent, v. MARIAN COLEMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY J. SUSSKIND, as Administrator, etc., of JOSEPH A. SUSSKIND, Deceased, Appellant, v. SAMUEL D. DAVIS, Also Known as SAM D. DAVIS, and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAVA KEHAYA, Respondent, v. CLIFFORD H. McCALL and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.